Order issued November 21, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00997-CV

AMERICAN MODERN HOME INSURANCE COMPANY, Appellant

V.

ALLSTATE INSURANCE COMPANY, Appellee

On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-10-09181-C

# ORDER

The Court **GRANTS** appellee Allstate Insurance Company's November 21, 2012 unopposed

motion to reset oral argument set for January 15, 2013. The case will be reset for submission in due

course.

MARY MURPHY
PRESIDING JUSTICE